ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
NO. 3:10cv-83-S

LIUBOV MERCADO, *Plaintiff*

vs.   **COMPLAINT**

CONSUMER ADJUSTMENT COMPANY, INC, *Defendant*

\* \* \* \* \* \* \*

NOW COMES Plaintiff, LIUBOV MERCADO ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., alleges the following against CONSUMER ADJUSTMENT COMPANY, INC.:

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collections Practices Act, 15 U.S.C. §1692 *et seq.*, *as amended.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692(k)(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

3. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

4. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

5. Plaintiff, LIUBOV MERCADO, is a natural person who resides in the City

of Vine Grove, County of Hardin, State of Kentucky.

6. Defendant CONSUMER ADJUSTMENT COMPANY, INC. is a business entity which regularly conducts business in nationwide and whose principal place of business is in St. Louis, Missouri.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. Defendant attempted to collect an alleged debt from Plaintiff.

9. Plaintiff sent Defendant a request for validation of the debt and disputed the debt. (See Exhibit "A").

10. Defendant failed to validate the debt.

11. Defendant continued collection activities and communications without providing Plaintiff with validation of the alleged debt.

12. Defendant failed to report Plaintiff's account as disputed with the credit reporting agencies.

## COUNT 1

**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692e(8)* of the FDCPA by communicating or threatening to communicate to any person credit information which is known or should be known to be false, including the failure to

communicate that a disputed debt is disputed.

b. Defendant violated *§1692g(b)* by continuing collection activities and communications without providing Plaintiff with validation of the alleged debt.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, LIUBOV MERCADO, hereby demands trial by jury in this action.

Respectfully Submitted,

**KROHN & MOSS, LTD**
120 W. Madison Street, 10th Floor
Chicago, IL 60602
Telephone; (312) 578-9428
Facsimile: (866) 289-0898

BY:   /s/Lee Cassie Yates_____

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been electronically filed through the ECF system this the 27th[th] day of January, 2010, which will send a notice of electronic filing to all parties' counsel in the electronic filing system in this case

/s/Lee Cassie Yates_____
Attorney for Plaintiff