**ELECTRONICALLY FILED**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
NO.   3:10-cv-83

LIUBOV MERCADO,                                              *Plaintiff*

vs.                              **NOTICE OF SETTLEMENT**

CONSUMER ADJUSTMENT COMPANY, INC.,            *Defendant*

\* \* \* \* \* \* \*

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, LIUBOV MERCADO and Defendant, CONSUMER ADJUSTMENT COMPANY, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, LIUBOV MERCADO, against Defendant, CONSUMER ADJUSTMENT COMPANY, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: September 10, 2010

Respectfully Submitted,

**KROHN & MOSS, LTD**
120 W. Madison Street, 10th Floor
Chicago, IL 60602
Telephone; (312) 578-9428
Facsimile: (866) 289-0898

BY:   /s/Lee Cassie Yates
Attorney for Plaintiff